## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES,<br><br>     Plaintiff,<br><br>     v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas; RUTH HUGHS, in her official capacity as Texas Secretary of State;<br><br>     Defendants. | Case No. 1:20CV1024-RP<br><br>Related to:<br><br>*Texas League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006<br><br>*Straty v. Abbott*, No. 120-cv-1015 |

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff Texas State Conference of NAACP Branches, for the reasons set forth in the memorandum of law filed concurrently with this Motion, as supported by the exhibits and declarations submitted therewith, respectfully moves for an order:

(1) temporarily restraining Defendants, and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, from taking any action to inhibit county election administrators from offering more than one drop-off location for ballots in their respective counties for the November 2020 election;

(2) preliminarily enjoining Defendants and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, from taking any action to inhibit county election administrators from offering more than one drop-off location for ballots in their respective counties for the November 2020 election; and

(3) granting such other or further relief as the Court deems just and proper.

In addition, Plaintiff respectfully requests leave of the Court to participate in the October 8, 2020 hearing in the related cases.

Plaintiff has conferred with Defendants on the request to participate in the hearing as well as the general substance of this Motion.  Defendants have advised Plaintiff that they oppose Plaintiff's participation in the October 8 hearing.

Dated:  October 7, 2020            Respectfully submitted,

           /s/ Robert Notzon_____
           Robert Notzon
           The Law Office of Robert Notzon
           1502 West Ave.
           Austin, Texas 78701
           robert@notzonlaw.com
           Phone: (512) 474-7563

           Nickolas Spencer
           Spencer & Associates, PLLC
           8403 Westglen Drive, Suite 2000
           Houston, TX 77063
           nas@naslegal.com
           Phone: (713) 863-1409

           Ezra Rosenberg*
           erosenberg@lawyerscommittee.org
           John Libby
           jlibby@lawyerscommittee.org
           John Powers*
           jpowers@lawyerscommittee.org
           LAWYERS' COMMITTEE FOR CIVIL RIGHTS
           UNDER LAW
           1500 K Street NW, Suite 900
           Washington, DC 20005
           Phone: (202) 662-8389
           Fax: (202) 783-0857

           John T. Montgomery*
           john.montgomery@ropesgray.com
           Deanna Barkett FitzGerald*
           deanna.fitzgerald@ropesgray.com

ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: 617-951-7000
Fax: 617-951-7050

**Counsel for Plaintiffs –**

**\* Pro hac vice motion forthcoming**