## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas; RUTH HUGHS, in her official capacity as Texas Secretary of State;<br><br>　　　Defendants. | Case No. 1:20-CV-1024-RP<br><br>Related to:<br><br>*Texas League of United Latin American Citizens v. Abbott*, No. 1:20-cv-1006<br><br>*Straty v. Abbott*, No. 120-cv-1015 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Texas State Conference of NAACP Branches, by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice.

Dated:  October 16, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　／s/ Robert Notzon
　　　　　　　　　　　　　　　　　　　Robert Notzon
　　　　　　　　　　　　　　　　　　　The Law Office of Robert Notzon
　　　　　　　　　　　　　　　　　　　1502 West Ave.
　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　robert@notzonlaw.com
　　　　　　　　　　　　　　　　　　　Phone: (512) 474-7563

        Nickolas Spencer
        Spencer & Associates, PLLC
        8403 Westglen Drive, Suite 2000
        Houston, TX 77063
        nas@naslegal.com
        Phone: (713) 863-1409

        Ezra Rosenberg (admitted *pro hac vice*)
        erosenberg@lawyerscommittee.org
        John Libby (admitted *pro hac vice*)
        jlibby@lawyerscommittee.org
        John Powers (admitted *pro hac vice*)
        jpowers@lawyerscommittee.org
        LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
        1500 K Street NW, Suite 900
        Washington, DC 20005
        Phone: (202) 662-8389
        Fax: (202) 783-0857

        John T. Montgomery (admitted *pro hac vice*)
        john.montgomery@ropesgray.com
        Deanna Barkett FitzGerald (admitted *pro hac vice*)
        deanna.fitzgerald@ropesgray.com
        ROPES & GRAY LLP
        Prudential Tower
        800 Boylston Street
        Boston, MA 02199-3600
        Phone: 617-951-7000
        Fax: 617-951-7050

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 16, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Robert Notzon
        Robert Notzon
        The Law Office of Robert Notzon
        1502 West Ave.
        Austin, Texas 78701
        robert@notzonlaw.com
        Phone: (512) 474-7563